THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY M. BENNETT, Appellant.

*People* v. *Bennett*, 182 App. Div. 871, affirmed.

(Argued June 14, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1918, which modified and affirmed as modified a judgment rendered at a Trial Term for the county of Nassau upon a verdict convicting the defend-

ant of the crime of attempted bribery. The Appellate Division affirmed the judgment of conviction but set aside the sentence and directed that the defendant be brought before it for resentence.

*Percy L. Housel* for appellant.

*Charles R. Weeks, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.